UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
VINYL MATERIALS, INC.,

                            Plaintiff,                                **ORDER**
                                                                         CV 10-136 (JS)(ARL)

              -against-


PENN COLOR, INC.,


                         Defendant.
------------------------------------------------------------------X
DEITSCH PLASTIC CO., INC.,
                           Plaintiff,

              -against-


G&T INDUSTRIES, INC., VINYL MATERIALS,
INC., and PENN COLOR, INC.,


                        Defendants.
------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**


       Before the court is defendant G&T Industries, Inc. ("G&T")'s February 29, 2012 motion
to compel plaintiff Deitsch Plastic Co., Inc. ("Deitsch") to produce its Rule 26(a) initial
disclosures in the second of the above consolidated cases.  By letter dated March 7, 2012,
defendant Vinyl Materials, Inc. ("VMI") (i) joins in G&T's motion, (ii) moves to compel
plaintiff Deitsch to respond to VMI's First Set of Interrogatories and First Request for Production
of Documents within ten days of the court's order; and (iii) requests that the court schedule a
conference.  Defendant Penn Color, Inc. ("Penn") joins in VMI's request for a conference to
address the status of the case and plaintiff's outstanding discovery obligations.  By letter dated
March 7, 2012, counsel for Deitsch informed the court that he was just retained by Deitsch and
filed a notice of appearance on Friday, March 2, 2012.  Plaintiff's counsel reported that prior
counsel had not prepared a response to the Rule 26(a) disclosures, but that he anticipated being
able to produce plaintiff's Rule 26(a) initial disclosures within the week.


       Deitsch's counsel is directed to meet and confer with defense counsel forthwith to discuss
the status of this case and plaintiff's outstanding discovery obligations.  Deitsch is directed to
produce the Rule 26(a) initial disclosures by March 15, 2012.  In addition, Deitsch is directed to
fully respond to all outstanding discovery demands by March 19, 2012. Plaintiff is warned that
failure to comply with this order may result in the imposition of sanctions.  In light of these
developments, the request for a conference is denied at this time.


Dated: Central Islip, New York              **SO ORDERED:**
        March 8, 2012


                                           _____/s/_____
                                           ARLENE ROSARIO LINDSAY
                                           United States Magistrate Judge