UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

VINYL MATERIALS, INC.,

                        Plaintiff,

                -against-

PENN COLOR, INC.,

                     Defendant.

**ORDER**
CV 10-136 (JS)(ARL)

-----------------------------------------------------------------X

DEITSCH PLASTIC CO., INC.,

                        Plaintiff,

                -against-

G&T INDUSTRIES, INC., VINYL MATERIALS,
INC., and PENN COLOR, INC.,

                        Defendants.

-----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

Before the court is defendant G&T Industries, Inc. ("G&T")'s February 29, 2012 motion to compel plaintiff Deitsch Plastic Co., Inc. ("Deitsch") to produce its Rule 26(a) initial disclosures in the second of the above consolidated cases. By letter dated March 7, 2012, defendant Vinyl Materials, Inc. ("VMI") (i) joins in G&T's motion, (ii) moves to compel plaintiff Deitsch to respond to VMI's First Set of Interrogatories and First Request for Production of Documents within ten days of the court's order; and (iii) requests that the court schedule a conference. Defendant Penn Color, Inc. ("Penn") joins in VMI's request for a conference to address the status of the case and plaintiff's outstanding discovery obligations. By letter dated March 7, 2012, counsel for Deitsch informed the court that he was just retained by Deitsch and filed a notice of appearance on Friday, March 2, 2012. Plaintiff's counsel reported that prior counsel had not prepared a response to the Rule 26(a) disclosures, but that he anticipated being able to produce plaintiff's Rule 26(a) initial disclosures within the week.

Deitsch's counsel is directed to meet and confer with defense counsel forthwith to discuss the status of this case and plaintiff's outstanding discovery obligations. Deitsch is directed to produce the Rule 26(a) initial disclosures by March 15, 2012. In addition, Deitsch is directed to fully respond to all outstanding discovery demands by March 19, 2012. Plaintiff is warned that failure to comply with this order may result in the imposition of sanctions. In light of these developments, the request for a conference is denied at this time.

Dated: Central Islip, New York
       March 8, 2012

**SO ORDERED:**

_____/s/_____
ARLENE ROSARIO LINDSAY
United States Magistrate Judge